**MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer, Bar No. 142516
debra.fischer@morganlewis.com
Seth M. Gerber, Bar No. 202813
seth.gerber@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel:  +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Plaintiffs
JOHN BYUN, ADAM WEISS, ALLEN NGO,
MATTHEW MOFFITT, and ERIC BROBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BYUN, an individual; ADAM WEISS, an individual; ALLEN NGO, an individual; MATTHEW MOFFITT, an individual; and ERIC BROBERG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKTON COMPANIES, LLC - PACIFIC SERIES d/b/a Lockton Insurance Brokers, LLC, a Missouri series limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-09243-CAS-KSx<br><br>**ORDER OF DISMISSAL**<br><br>Date Action Filed: October 4, 2023<br>Removal Date: November 2, 2023<br>Trial Date: None Set |

THIS MATTER having come before the Court on stipulation of the undersigned parties, now, therefore, it is hereby ORDERED:

All claims against Defendants are hereby dismissed with prejudice and without costs or attorneys' fees as to any party.

DATED this 15th day of April, 2024.

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Seth M. Gerber*
  Debra L. Fischer, Bar No. 142516
  debra.fischer@morganlewis.com
  Seth M. Gerber, Bar No. 202813
  seth.gerber@morganlewis.com
  2049 Century Park East
  Suite 700
  Los Angeles, CA 90067-3109
  Tel: 310.907.1000
  Fax: 310.907.1001

  *Attorneys for Plaintiffs John Byun, Adam Weiss, Allen Ngo, Matthew Moffitt, and Eric Broberg*

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Angelique Kaounis*
  Angelique Kaounis, SBN 209833
  2029 Century Park East, Suite 4000
  Los Angeles, CA 90067
  Tel: 310.552.8546
  Fax: 310.552.7026
  Email: AKaounis@gibsondunn.com

  Jennafer M. Tryck, SBN 291088
  3161 Michelson Drive
  Irvine, CA 92612
  Tel: 949.451.3800
  Fax: 949.451.4220
  Email: JTryck@gibsondunn.com

  *Attorneys for Defendant Lockton Companies, LLC – Pacific Series*